Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### DISTRICT OF NORTH DAKOTA

United States of America )
v. )
Demetrious Washington, Jr., a/k/a Meecho ) Case No. 1:18-cr-038-08
)
)
Defendant )

RECEIVED
2018 JUN -7 PM 1:06
U.S. MARSHALS SERVICE
DISTRICT OF NORTH DAKOTA

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Demetrious Washington, Jr., a/k/a Meecho                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☑ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute Oxycodone
Distribution of Oxycodone
Aiding and Abetting

Date: 06/07/2018

/s/ Renee Hellwig
*Issuing officer's signature*

City and state:  Bismarck, ND

Renee Hellwig, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 06/07/18 , and the person was arrested on *(date)* 6/11/18
at *(city and state)* Stanley, North Dakota .

Date: 6/11/18

*Arresting officer's signature*

Derek Davis, Special Agent
*Printed name and title*